**EXHIBIT 16**

**EXHIBIT 16 TO DECLARATION OF BENJAMIN N. SIMLER IN SUPPORT OF RHINO'S CROSS-MOTION FOR AND OPPOSITION TO STURDY GUN SAFE, INC.'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 16**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF IDAHO

 3

 4  RHINO METALS, INC.,

 5      Plaintiff-
        Counterclaim Defendant,
 6
                            1:18-cv-00474-DCN (Lead Case)
 7  vs.                     1:19-cv-00063-DCN

 8  STURDY GUN SAFE, INC.,

 9      Defendant-
        Counterclaimant.
10
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~
11

12                      VIDEOGRAPHED

13                     RULE 30(b)(6)

14              DEPOSITION OF STURDY GUN

15                      SAFE, INC.

16                   DEPOSITION OF

17                    ALYSSA PRATT

18                 September 9, 2019

19                     9:01 A.M.

20

21               155 East Shaw Avenue

22                Fresno, California

23

24

25      Vanessa Harskamp, RPR, CRR, CSR No. 5679
```



```
 1                    APPEARANCES OF COUNSEL

 2

 3   For the Plaintiff-Counterclaim Defendant:

 4        HOLLAND & HART
          TEAGUE I.DONAHEY, ESQ.
 5        tidonahey@hollandhart.com
          800 West Main Street
 6        Suite 1750
          Boise, Idaho 83702
 7        208-383-3988
          208-343-8869 Fax
 8

 9   For the Defendant-Counterclaimant:

10        GIVENS PURSLEY LLP
          Bradley J. Dixon, Esq.
11        bradleydixon@givenspursley.com
          601 West Bannock Street
12        P.O. Box 2720
          Boise, Idaho 83701-2720
13        208-388-1200
          208-388-1300 Fax
14

15

16   Also present:

17        A.M.: Brett Eggebraaten, Videographer

18        P.M.: Ray Eggebraaten, Videographer

19

20

21

22

23

24

25
```



```
 1                   I N D E X

 2

 3  WITNESS:  ALYSSA PRATT

 4                                              PAGE

 5                   EXAMINATION INDEX

 6  BY MR. DONAHEY                                 8

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                         INDEX OF EXHIBITS

 2    EXHIBITS                                          MARKED

 3    Exhibit 1   Amended Notice of Rule 30b6 deposition   18
                  of Sturdy Gun Safe, Inc.
 4
      Exhibit 2   Sturdy Gun Safe, Inc.'s, Responses to    20
 5                Plaintiff's First Set of
                  Interrogatories to Defendant
 6
      Exhibit 3   Sturdy Gun Safe, Inc.'s First            21
 7                Supplemental Responses to Plaintiff's
                  First Set of Interrogatories to
 8                Defendant

 9    Exhibit 4   Sturdy Gun Safe, Inc.'s Second           22
                  Supplemental Responses to Plaintiffs
10                First Set of Interrogatories to
                  Defendant
11
      Exhibit 5   Blogs by Sturdy Gun Safe - Sturdy Gun    36
12                Safe

13    Exhibit 6   A document produced by Rhino, bearing    39
                  the numbers Rhino 005415 through 5422
14
      Exhibit 7   Documents Sturdy 000424 through 432      46
15
      Exhibit 8   A document produced by Sturdy bearing    85
16                the numbers Sturdy 009450 through 51

17    Exhibit 9   A document bearing the numbers Rhino     89
                  003600 through 3601
18
      Exhibit 10  A document bearing the Bates numbers    106
19                Sturdy 003776

20    Exhibit 11  An e-mail chain produced by Sturdy,     122
                  bearing the number Sturdy 001142
21                through 1149

22    Exhibit 12  The front page of the Sturdy Instagram 126
                  site
23
      Exhibit 13  The front page of the Sturdy Linkedin  127
24                site

25    Exhibit 14  A copy of the Sturdy Pinterest page    127
```



```
 1              INDEX OF EXHIBITS (Continued)

 2   EXHIBITS                                        MARKED

 3

 4   Exhibit 15 A copy of Sturdy Gun Safe's Twitter   128
                page
 5
     Exhibit 16 A copy of Sturdy's YouTube page       129
 6
     Exhibit 17 A copy of the front page of Sturdy's  129
 7              Facebook page

 8   Exhibit 18 A copy of the main page of the Sturdy 130
                Gun Safe MFG Amazon site
 9
     Exhibit 19 An example of a safe that's being     130
10              sold over eBay by Sturdy

11   Exhibit 20 A document produced by Sturdy, marked 134
                Sturdy 009136
12
     Exhibit 21 A document produced by Sturdy bearing 150
13              numbers Sturdy 009990 through 9997

14   Exhibit 22 A list of Sturdy Gun Safe products    175

15   Exhibit 23 A document produced by Sturdy bearing 190
                numbers Sturdy 007896 through 7903
16
     Exhibit 24 A document produced by Sturdy bearing 190
17              numbers Sturdy 007904 to 7906

18   Exhibit 25 A document produced by Sturdy bearing 190
                numbers Sturdy 007907 through 7914
19
     Exhibit 26 A document produced by Sturdy bearing 190
20              numbers Sturdy007915 to 7917

21   Exhibit 27 A document produced by Sturdy bearing 194
                number Sturdy 009492 through 9493
22
     Exhibit 28 A document marked Exhibit 28 that's   208
23              bearing numbers Sturdy009982 through
                9983
24
     Exhibit 29 A Facebook post                       211
25
```



```
 1               INDEX OF EXHIBITS (Continued)

 2    EXHIBITS                                      MARKED

 3

 4    Exhibit 30 A document produced by Sturdy bearing   220
                 numbers Sturdy010796 through 797
 5
      Exhibit 31 A document produced by Sturdy with the 220
 6               number Sturdy010794 through 795

 7    Exhibit 32 A document produced by Sturdy with the 220
                 numbers Sturdy010798 through 799
 8
      Exhibit 33 A document produced by Sturdy bearing   228
 9               numbers Sturdy090791 through 793

10    Exhibit 34 A document produced by Sturdy bearing   252
                 number Sturdy001252
11
      Exhibit 35 A letter that you received on or about 254
12               September 11th, 2018

13

14

15

16

17

18

19

20

21

22

23

24

25
```



 1                    FRESNO, CALIFORNIA

 2            MONDAY, SEPTEMBER 9, 2019; 9:01 A.M.

 3

 4

 5            THE VIDEOGRAPHER:  Just one moment.  Here

 6   begins media tape number one to the videotaped

 7   deposition of Alyssa Pratt in the matter of Rhino

 8   Metals, Incorporated, versus Sturdy Gun Safe,

 9   Incorporated, being heard before the United States

10   District Court for the Eastern District of Idaho.  The

11   case number is 1:18-cv-00474-DCN.

12            This deposition is being held at Esquire

13   Deposition Solutions in Fresno, California.  Today's

14   date is September 9th, 2019.  The time on the video

15   monitor is 9:01.  My name is Brett Eggebraaten and I'm

16   the videographer.  The Certified Court Reporter today is

17   Vanessa Harskamp.

18            Counsel, will you please voice identify

19   yourselves and your affiliations?

20            MR. DONAHEY:  Teague Donahey, Holland & Hart

21   on behalf of the Plaintiff, Rhino Metals, Inc.

22            And for the record, this case is pending in

23   the District of Idaho, not the Eastern District of

24   Idaho.

25            MR. DIXON:  Brad Dixon with Givens Pursley on



 1  behalf of Sturdy.

 2          THE VIDEOGRAPHER:  Will the reporter please

 3  swear in the witness?

 4                      ALYSSA PRATT,

 5    having been first duly sworn, testified as follows:

 6                          -oOo-

 7          THE VIDEOGRAPHER:  Please begin.

 8                        EXAMINATION

 9  BY MR. DONAHEY:

10      Q.   Could you please state and spell your name for

11  the record?

12      A.   Alyssa Leigh Pratt.  And then Alyssa is

13  spelled A-L-Y-S-S-A, and then Leigh, L-E-I-G-H, last

14  name Pratt, P-R-A-T-T.

15      Q.   Okay.  And who is your current employer?

16      A.   Sturdy Gun Safe.

17      Q.   If I refer to Sturdy Gun Safe in this

18  deposition today as "Sturdy," will you understand what I

19  mean?

20      A.   Absolutely.

21      Q.   And what is your current position at Sturdy?

22      A.   I do a few things, so marketing, sales,

23  design.  That's --

24      Q.   When you say "design," what do you mean?

25      A.   Just coming up with new products, really.  And

1  I collaborate with other people, yeah, to do that.

2       Q.   Do you have a formal position at Sturdy?

3       A.   Like vice-president kind of thing?  Yeah.  I'm

4  the vice-president.

5       Q.   You are the vice-president?

6       A.   Yeah.

7       Q.   Okay.  How many officers does Sturdy have?

8       A.   I want to say it's three.  So Toni Pratt and

9  then Terry Pratt and then me.

10       Q.   And is Terry Pratt your father?

11       A.   Correct.

12       Q.   And what's your relationship to Toni Pratt?

13       A.   My mom.

14       Q.   Okay.  And what is Terry Pratt's formal

15  position?

16       A.   President.

17

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17     Q.   Okay.  Placed before you is a document that
18  the court reporter has marked Exhibit 1.
19     A.   Uh-huh.
20     Q.   It's a document entitled, "Amended Notice of
21  Rule 30(b)(6) Deposition of Sturdy Gun Safe, Inc."
22          And do you understand that you have been
23  designated by Sturdy as the corporate witness to testify
24  on all the topics listed on this deposition notice?
25     A.   Uh-huh.  You want me to read it?



1      Q.   Just let me back up.

2           Since the court reporter is taking down your

3    responses and transcribing them, it is important that

4    you give a verbal response.

5      A.   I see.  Okay.

6      Q.   So nods of the head and "uh-huh, huh-uh," she

7    can't really get that.

8      A.   All right.

9      Q.   So just so that we have a clear record, do you

10   understand that you have been designated by Sturdy as

11   the corporate designee to testify on all topics

12   contained in the deposition notice before you as Exhibit

13   1?

14     A.   Yes, I do.



1   .

2

3

4

5       Q.   Okay.  Let's talk about the website.

6            Did you consider yourself to be the one at

7   Sturdy who is ultimately responsible for the website?

8       A.   Absolutely.

9       Q.   Is there anybody else at Sturdy who is really

10  working directly on the website, other than you?

11      A.   No, not really.  Yeah, not really.  It's just

12  me.

13      Q.   Okay.  Now, Sturdy maintains a blog on its

14  website; is that correct?

15      A.   It does.

16      Q.   And as part of your responsibility related to

17  maintaining the website, do you also maintain that blog?

18      A.   I do.

19      Q.   Okay.  And from time to time you have

20  personally have written blog entries that are placed on

21  that blog?

22      A.   I do.

23      Q.   Okay.  And those blog entries are -- do you

24  consider those blog entries that you write to be part of

25  Sturdy's marketing and advertising efforts?



1    A.   I would have to say yes, only because like the

2  whole point I feel of a blog is trying to pull up on

3  search engines for certain key words.

4    Q.   Yeah.

5    A.   So search engine optimization, it's called.

6    Q.   But you are hoping that customers will read

7  the blog entries; correct, and be attracted to Sturdy

8  and its, and the products that Sturdy is selling?

9    A.   What I'm hoping for is someone links to it and

10  it helps my website go up higher in search engine

11  ranking.

12    Q.   Uh-huh.

13    A.   So ultimately my hope was for us to be found

14  on search engines by pulling up higher for certain key

15  words.

16    Q.   Uh-huh.  But you are hoping that -- that

17  Sturdy customers or potential customers actually read

18  the blog entries; right?

19    A.   Not really.  So what I mean by that is I

20  mainly write them for search engine optimization, not

21  necessarily for our customers a whole lot.  But, I mean,

22  they are helpful and they can be very, very helpful for

23  customers.

24        But let's face it, like I am not a perfect

25  writer.  I have, I do a lot of spelling errors and stuff



1  like that.  So it's like I hope that someone is going to

2  like it, but at the same time it is like I hope that

3  they don't actually read it.  Oddly enough, I know that

4  sounds kind of weird, but I'm just not a very good

5  writer.  But it would be nice if someone found it

6  helpful, absolutely.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13       (Plaintiff's Exhibit 6 marked for

14       identification)

15   BY MR. DONAHEY:

16       Q.   Exhibit 6 is a document produced by Rhino,

17   bearing the numbers Rhino 005415 through 5422.

18            Do you have that in front of you?

19       A.   I do.

20       Q.   Okay.  And the first sentence on this document

21   says, "This is Google's cache of

22   HTTPS://www.sturdysafe/blogs/gunsafe/best/looking/house/

23   safe; correct?

24       A.   Correct.

25       Q.   And do you recognize that Internet address as



1  an address on Sturdy Safe's website?

2      A.   Yes.

3      Q.   The next sentence on this page says, "It is a

4  snapshot of the page as it appeared on August 16th,

5  2018," and it gives a time.  Do you see that?

6      A.   Oh, up on top, yes, I do see that.

7      Q.   Okay.  Can you confirm for me that the article

8  or blog entry contained in Exhibit 6 is, in fact, a blog

9  entry that was publicly available on Sturdy's website at

10 least as late as August 16th, 2018?

11     A.   I can't verify the date, but I can tell you I

12 did have this on the website.

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17     Q.   But your best estimate is that the blog entry

18   that's before you as Exhibit 6 was written at some point

19   between when the date Old Hollywood finishes were

20   released, and July 7, 2018, the date this blog post has

21   gone --

22     A.   Yes, somewhere in there, I would assume.

23     Q.   Okay.  And after you wrote this blog post, it

24   was posted on Sturdy's website and was publicly

25   available; correct?



1  pull them off and just look again.

2        It was the kind of a crazy process, because

3  Google doesn't even recognize that you've done that

4  until a little bit later, so it would always take a

5  while before I could repost them if I did repost them.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5      Q.   So given that you are speculating, is it fair

6  to say that sitting here today, you can't explain for me

7  with any specificity why the blog entry that's before

8  you as an Exhibit 6 had any negative impact on Sturdy's

9  Google search results?

10     A.   I know for sure that it did, only because

11  after I launched it, again, our ranking plummeted.  I

12  mean, that's -- that's, I mean, there's no other way we

13  would be plummeting because I hadn't done anything else

14  to make it do that, within that certain time frame.  It

15  is like you do something and you wait and then you watch

16  your rankings to see if something happens, whether it

17  goes up or down or there is nothing at all, and this one

18  went down.  Went down like not even by a little bit, but

19  by a lot.

20

21

22

23

24

25



1

2

3

4

5          Q.   You said that the blog posts that are

6     contained on Sturdy's website are part of Sturdy's

7     marketing and advertising efforts; correct?

8          A.   Yeah.

9          Q.   And Sturdy's marketing and advertising efforts

10    are generally directed at the consuming public?

11         A.   Yes.

12         Q.   Do you think it is important to tell the truth

13    in Sturdy's marketing and advertising materials?

14         A.   Yeah, absolutely.

15         Q.   And part of your job at Sturdy is to make sure

16    that Sturdy's marketing and advertising materials are

17    accurate and not misleading; correct?

18         A.   Yeah.  Or yes.

19         Q.   Was the blog entry that's before you as

20    Exhibit 6 accurate?

21         A.   Yes.

22         Q.   Did you intend anything in the blog entry

23    that's before you as Exhibit 6 to be inaccurate or

24    misleading?

25         A.   No.



1      Q.   So turning to Exhibit 6, do you see the first

2  sentence of this blog entry where it says,

3              "Being in the gun safe industry as

4          long as we have makes us very

5          knowledgeable about our competitors and

6          what they have to offer, which includes

7          the ones we feel are the most

8          attractive."

9      Do you see that?

10     A.   Yes.

11     Q.   And when you wrote "we," you meant Sturdy;

12  correct?

13     A.   Yeah, basically.  I mean, I am the one writing

14  it.  But, yeah, I try to do it from a company

15  standpoint.

16     Q.   Well, when you said "we," you were including

17  both yourself and your father Terry Pratt at least;

18  correct?

19     A.   No, my dad didn't have anything to do with

20  this.

21     Q.   And when you said in this sentence that, that

22  Sturdy was very knowledgeable about its competitors and

23  what they have to offer, were you referring to Sturdy's

24  competitors in the gun safe market and the gun safes

25  that you -- Sturdy's competitors are offering in the



1   marketplace?

2        A.    Yeah, or yes.

3        Q.    Okay.  And how did Sturdy become very

4   knowledgeable about Sturdy's competitors and their

5   products?

6        A.    You just go on the competitor's website,

7   basically, and look and see what they all have to offer.

8   And you kind of compare it to what you are offering and

9   look at the bottom line, the delivered price, yeah, and

10  see where you are at.

11       Q.    Okay.  In your experience, what other

12  activities does Sturdy take, other than just going on

13  the website to learn more about what the competition is

14  doing in terms of new products?

15       A.    Well, it's not necessarily new products.  It

16  would be like updates to their current products, I

17  guess.

18       Q.    Okay.

19       A.    But, like -- like say that again.

20             Like what are you asking?

21       Q.    Sure.  Let me ask you a different question.

22             Do you feel like it's important for a company

23  like Sturdy facing competition in the marketplace to

24  have a good understanding of what its competitors are

25  doing in terms of products?



1      A.   Oh, absolutely.  Yeah.  And it's not just for

2  us, it's for everyone in business should know what their

3  competitors are offering and doing.

4      Q.   Right.  That's just the nature of competition?

5      A.   Yeah.

6      Q.   And so, I guess, what steps does Sturdy take

7  in that regard to learn about what products are being

8  sold by its competitors?

9      A.   Just like I mentioned I just go on their

10  website and it's not like I do it all the time, you

11  know, it's just like, okay.  Usually I freshen up and

12  look at a competitor's website again.  If a customer is

13  like, well, so and so is offering this at this price.

14  And it's like, you know, are they?

15           So you go and you look and you see what's

16  going on there.  But it's not like a -- it's not like

17  I'm super on top of it.  I try my best.  But I do have a

18  real good general knowledge of what everyone is

19  offering.

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25          Q.   Uh-huh.  Returning to Exhibit 6, and I'm still



 1  on the first sentence of Exhibit 6.

 2          Do you see where you said, "They are very

 3  knowledgeable about our competitors and what they have

 4  to offer, including ones we feel are most attractive; do

 5  you see that?

 6      A.   I do.

 7      Q.   By "ones," do you mean Sturdy's competitor's

 8  gun lines?

 9      A.   By "ones" I meant gun lines, yeah.

10      Q.   And when you wrote the blog entry contained in

11  Exhibit 6, you had in mind certain gun safe designs of

12  Sturdy's competitors that you and -- well, that at least

13  you felt were most attractive; correct?

14      A.   Correct.

15      Q.   Okay.  If you can turn to the second page of

16  Exhibit 6, please?  That's the page bearing number Rhino

17  005416.  Let me know when you are there.

18      A.   Uh-huh.  I'm there.

19      Q.   Do you see at the very top it says, "One could

20  say we are clear about good-looking safes and have kept

21  a collection of favorites we'll be sharing with you

22  now."  Do you see that?

23      A.   I do.

24      Q.   By "favorites," did you mean Sturdy's favorite

25  gun safe designs that were being offered by Sturdy's



1  competitors?

2      A.   Correct.

3      Q.   And one of the favorite gun safe designs that

4  you shared in this blog entry that's before you as

5  Exhibit 6 was the Rhino Ironworks' gun safe design;

6  correct?

7      A.   Correct.

8      Q.   I will refer you to the second sentence on the

9  second page of Exhibit 6, which states, "As you will see

10 below, the ones we favored the most have unique-looking

11 features that go beyond the standard high-gloss finish

12 that is usually seen."

13         Do you see that?

14     A.   I do.

15     Q.   Okay.  And just to be absolutely clear, when

16 you wrote the "ones we favored the most" in this blog

17 post in that sentence, you were referring to gun safe

18 designs used by Sturdy competitors such as the Rhino

19 Ironworks' gun safe design; correct?

20     A.   Correct.

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12      Q.   And in the second sentence of page 3 of

13   Exhibit 6, you say "they accomplished this look by

14   welding thin steel plates with decorative rivets, then

15   distressed the body."  Do you see that?

16      A.   Uh-huh.  I do.

17      Q.   Okay.  And by "they" in the sentence, you

18   meant Rhino Metals; correct?

19      A.   Correct.

20      Q.   And so in your blog post that's before you as

21   Exhibit 6, you explained that Rhino accomplished its

22   Ironworks look with reference to three things?

23      A.   Uh-huh.

24      Q.   One, thin steel plate; two, decorative rivets;

25   and; three, distressing the body; correct?



 1       A.    Correct.

 2       Q.    Okay.  Are those the three features that you

 3   associate with the Rhino Ironworks look (indicating)?

 4       A.    Well, that's how they get this look, so, yes,

 5   I would say so.



1

2

3

4      Q.   Other than seventeenth and eighteenth century

5  safes and this Fort Knox safe that you have in mind, can

6  you identify for me any other products?

7      A.   Yeah, but I don't know when they launched it,

8  so that's the only thing.  And the other weird thing is

9  they pulled it off their website.  But Sun Welding came

10  up with one.  But, I mean, it was all riveted, added

11  plate everywhere.

12        They definitely advertised it on their

13  Facebook and Instagram and their website, and then like

14  I feel I looked, I want to say like a month ago, I

15  looked to find it and it wasn't anywhere anymore, like

16  it was literally just a distressed finish only, nothing

17  added to it.  So I don't know what happened.

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10     Q.   So on the Sturdy Gun Safes that are shown on

11 page 2 of Exhibit 6, the rivet-like features are

12 actually welds that are formed in such a way as to look

13 like rivet heads; is that correct?

14     A.    Correct.   Yeah.   They didn't quite form a

15 rivet head, but, yeah, from far away it's what it looks

16 like.

17

18

19

20

21

22

23

24

25     Q.    But the weld, the welds on the four Sturdy



 1  products that are shown on page 2 of Exhibit 6 --

 2      A.   Uh-huh.

 3      Q.   -- are intentionally designed to look like

 4  rivet heads; is that accurate?

 5      A.   Yeah.  Yes.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11      Q.   If you could turn back to Exhibit 2, please,

12  and specifically if you wouldn't mind turning to page 6.

13          Did you see where Interrogatory No. 2 says,

14              "For each patent in the suit and

15          Rhino Ironworks design feature, describe

16          in detail all facts and circumstances

17          under which you became aware of that

18          patent or Rhino Ironworks design

19          feature," et cetera, et cetera; do you

20          see that?

21      A.   Yeah.

22      Q.   Okay.  And I want to focus your attention on

23  the answer, which is immediately below it.  Do you see

24  how there is a first paragraph with some legal

25  objections?



 1       A.    Uh-huh.

 2       Q.    And then do you see the second paragraph where

 3  it says,

 4              "Terry Pratt and Alyssa Pratt became

 5         aware of Rhino Ironworks' line of safes

 6         in 2014 or 2015, as a result of their

 7         general knowledge and understanding of

 8         the gun safe industry and other gun safe

 9         manufacturers."

10       Do you see that?

11       A.    Yes.

12       Q.    Is that true?

13       A.    That is true.

14       Q.    Okay.  Can you explain specifically how you

15  and your father, Terry Pratt, first became aware of

16  Rhino Ironworks gun safes in 2014 or 2015?

17       A.    I don't think my -- well, I can't really speak

18  on behalf of my father.  I don't know when he knew about

19  them.  But as far as me goes, like when I first noticed

20  Rhino, I can't tell you an exact date, I don't know.  I

21  just know they existed.

22       Q.    And I think we are talking specifically about

23  the Ironworks products because Rhino makes a lot of

24  different gun safes, you are aware of that; right?

25       A.    Correct, yes.



1        Q.    And so we are just focused on the Ironworks

2    gun safes right now.

3            Can you recall specifically when you became

4    first aware of Rhino Ironworks' gun safes?

5        A.    I don't.

6        Q.    Okay.

7        A.    It's just like one of those things where

8    you've seen them and you know about them, but I don't

9    remember when that was.

10       Q.    Okay.  Do you recall the circumstances,

11   setting aside the date, do you recall the circumstances

12   under which you first saw or became aware of Rhino

13   Ironworks' products?

14       A.    I want to say it was like Instagram.

15       Q.    What do you mean by that?

16       A.    Instagram, like I have seen a picture of them

17   on Instagram.

18       Q.    On the Rhino Instagram account?

19       A.    I don't know.  I don't know what account.

20       Q.    Okay.

21       A.    All I know is I seen a picture, and I was

22   like, Who is that?  You know, I've never seen them

23   before, or something.

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     Q.   Exhibit 8 is at least a portion of Rhino's

16   2017 product catalog; correct?

17     A.   Yes.

18

19

20

21

22

23

24

25



1

2

3      Q.   Have you ever seen this document before?

4      A.   Yes.  I have seen this before, totally.

5

6

7

8

9

10

11

12

13

14

15

16      Q.   Okay.  Well, let me ask you the question

17   again, because I don't think that was responsive.

18   Sitting here today, can you tell me with any certainty

19   when you first saw Rhino's 2017 product catalog?

20      A.   No.

21           MR. DIXON:  Object to the form of the

22   question.

23           THE WITNESS:  No, so I don't recall what date.

24   BY MR. DONAHEY:

25      Q.   Okay.  Now, you recall earlier that we



1  discussed how Sturdy from time to time will monitor the

2  products of its competitors in order to understand what

3  products are available in the marketplace; right?

4      A.   Correct.

5

6

7

8

9

10      Q.   Okay.  Since this document marked Exhibit 8

11  was produced by Sturdy, can you rule out the possibility

12  that you viewed the Rhino 2017 product catalog back when

13  the catalog was issued in 2017?

14          MR. DIXON:  Objection, asked and answered.

15          Go ahead and answer.

16          THE WITNESS:  I don't know the date that I

17  first seen it, if that's what you are asking.

18  BY MR. DONAHEY:

19      Q.   So you can't rule it out?

20          MR. DIXON:  Objection to the extent that's

21  contrary to her former testimony.

22          Go ahead and answer.

23          THE WITNESS:  Yeah, I don't know what else to

24  tell you.  I just don't know when I seen it.

25



 1  BY MR. DONAHEY:

 2      Q.   All right.  Sturdy also maintains a Facebook

 3  page?

 4      A.   Yes.

 5      Q.   Is it your responsibility to manage the Sturdy

 6  Facebook page?

 7      A.   Yes.

 8      Q.   And when there is a post or a comment on the

 9  Sturdy Facebook page that's designated as being from

10  Sturdy, is that actually written by you, typically?

11      A.   Correct, every time.

12      Q.   Got it.

13      (Plaintiff's Exhibit 9 marked for

14      identification)

15  BY MR. DONAHEY:

16      Q.   Placed before you is a document marked Exhibit

17  9.  It's a document bearing the numbers Rhino 003600

18  through 3601.  Do you have that document in front of

19  you?

20      A.   I do.

21      Q.   Okay.  Do you recognize this document?

22      A.   Yeah.

23      Q.   What is it?

24      A.   It's a Facebook post.

25      Q.   Okay.  Is this from the Sturdy Safe Facebook



1  page?

2      A.   Yes.

3      Q.   Okay.  And I want to direct your attention to

4  the post on this page dated July 13th, 2017.  Do you see

5  that?

6      A.   Yes.

7      Q.   Okay.  Is that a post that you played on the

8  Sturdy Facebook page on or about July 13th, 2017?

9      A.   Yes.

10      Q.   Okay.  And can you explain generally what this

11  post was intended to convey?

12      A.   That we were going to be coming out with new

13  finishes.

14      Q.   Okay.  Which new finishes are those?

15      A.   The first one I launched was the distressed

16  finish.

17      Q.   Okay.  At the time you launched the distressed

18  finish -- when you say distressed finish, is that the

19  same thing as distressed metal finish?

20      A.   Okay.  Sorry, I am like so used to talking to

21  my dad about this.  It's like I have the distressed

22  finish, I have the antique clear finish, I have the

23  antique chest finish and I have the Old Hollywood

24  finish, so four totally different finishes.

25           Well, I mean, like the antique clear and



1  antique chest are like, you know, just painted

2  differently, but they are the same thing, you know what

3  I mean?

4      Q.   So let's talk about the distressed finish for

5  a moment.

6      A.   Yes.

7      Q.   Does sometimes -- does sometimes Sturdy refer

8  to the distressed finish as the distressed metal finish?

9      A.   Yes.

10     Q.   Okay.  Same thing?

11     A.   Yes.

12     Q.   Okay.  At the time that you posted the

13  Facebook postdated July 13th, 2017, that's in front of

14  you as Exhibit 9, did you have in mind the introduction

15  of all four new Sturdy finishes, including distressed

16  metal, antique clear, antique chest, and Old Hollywood?

17     A.    Three, not four.  Three of them I literally

18  drew with pen and paper in one day.  And that was the

19  antique chest, and then it was the distressed, and then

20  it was the black diamond plate.

21     Q.   Okay.

22     A.    This was the easier one to do out of all of

23  them, though, so that's why it was first.

24     Q.   I see.  So at some point in time you conceived

25  of three finishes roughly simultaneously, the distressed



1  finish, the antique chest finish?

2       A.   Yes.  Yes.

3       Q.   And the black diamond finish?

4       A.   Correct.

5       Q.   Do you recall when approximately you came up

6  with that idea, or those three ideas, I should say?

7       A.   Well, I was thinking about them for a long

8  time because of the antique safes that I was seeing

9  online and how much money they were asking for them, and

10  it's like I could totally make that.

11           But anyways, then it was just, I don't know,

12  something came over me where it was just like, okay, I'm

13  just going to sit down and do it.  And so like literally

14  I just sat down and drew them out and, yeah, I just

15  produced them.

16       Q.   Do you recall when that was?

17       A.   Very shortly after this (indicating), so, or

18  before, I'm sorry, before.

19       Q.   Shortly before the July 13th, 2017, post?

20       A.   13th, yeah.

21       Q.   Okay.

22       A.   I want to say -- I want to say it was within

23  three weeks, within three weeks for sure, but it could

24  have been sooner than that.

25       Q.   Okay.  So mid 2017, give or take?



1      A.    Yeah.   Yeah.

2      Q.    Okay.   Is it fair to say that Sturdy first

3  publicly introduced the distressed finish option on or

4  about July 13th, 2017?

5      A.    Yeah.   For sure.

6      Q.    Okay.   Was the Facebook post that's before you

7  in Exhibit 9, dated July 13th, 2017, the first time that

8  Sturdy publicly unveiled the distressed finish option?

9      A.    Yes.

10     Q.    And so at some point in mid 2017 you decided

11 it would be a good idea for Sturdy to market gun safes

12 with a distressed look; correct?

13     A.    Correct.

14     Q.    Okay.   And, in fact, when you posted your July

15 13th, 2017, Facebook post that's in Exhibit 9, you

16 stated, "prototyping a distressed look"; correct?

17     A.    Uh-huh.   Correct.

18     Q.    What did you mean by "a distressed look"?

19     A.    Just industrial, medieval look.   Because like

20 the whole point of my finishes were not a one-size-fits-

21 all finish because, again, you have like the homes that

22 are like me, like antique, so, you know, the antique

23 chest or antique clear would look beautiful in my home.

24          So basically I'm just trying to hint different

25 styles of furnishings, I guess, like so the safe would



 1 | go well in certain areas.

 2 |     Q.   Um --

 3 |     A.   So like different trends, I guess.  I don't

 4 | know what the word is.

 5 |     Q.   Did you have any specific design features in

 6 | mind when you used the term "distressed look" in your

 7 | July 13th, 2017, Facebook post?

 8 |     A.   Well, yeah.  Yeah, like I had, when I had made

 9 | that post, like I already had my drawing, if that's what

10 | you mean.

11 |     Q.   And what specific design features comprised

12 | the distressed look, as you used that term?

13 |     A.   Thick added steel plate, really heavy-duty

14 | welds.  And then as far as the finish goes, like that

15 | was up in the air.  Like the finish, like the paint job

16 | is what I mean, that's always up in the air until you

17 | actually build the thing, so I didn't really know what I

18 | wanted to do there.  But then after it was built it was

19 | like, okay, yeah, we should clear this thing.

20 |          And then on the antique chest finish,

21 | originally I launched that with a clear brown, like a

22 | brown tint to the clear paint.  And that still wasn't

23 | what I was going for.  So even that finish was kind

24 | of -- or that paint job, I should say, was a

25 | progressively changing thing, so...



1    Q.    Uh-huh.  The second sentence of your July

2  13th, 2017, Facebook post in Exhibit 9 states, "Added

3  3/16 inch plates around the edges with weld rivet

4  design."  Do you see that?

5    A.    Correct.

6    Q.    Are plates around the edges with a weld rivet

7  design part of a distressed look that Sturdy was

8  marketing in this July 13th, 2017, Facebook post?

9    A.    Yes.

10    Q.    And do you see the -- it goes one, two --

11  fifth sentence in that paragraph of the July 13th, 2017,

12  Facebook post in Exhibit 9 where it says, "clear-coated

13  to protect and enhance the natural condition of the

14  steel."  Do you see that?

15    A.    Correct.

16    Q.    What did you mean by clear-coated?

17    A.    Well, we had decided to paint it a clear

18  color.

19    Q.    What do you mean by that?

20    A.    Not a solid color paint job where you can't

21  see the steel.

22    Q.    What kinds of paints typically provide a clear

23  coat to a gun safe?

24    A.    I am a little confused with the question,

25  because to me a clear paint is really just clear, no



 1  color added to it.

 2      Q.   Is there a specific type of paint or other

 3  chemical product that one applies to the surface of a

 4  gun safe when they clear coat it?

 5      A.   Paint.  Like, I'm sorry, I'm like really

 6  confused, because it's just like clear paint like a nail

 7  polish is clear, and, yeah, it's justly literally

 8  planed and painted clear.

 9      Q.   Any particular product that you have in mind?

10      A.   Like the actual style of paint, like what it

11  is?

12      Q.   Uh-huh.

13      A.   A semi-gloss enamel, is that what you are

14  going for?

15      Q.   Okay.

16      A.   Yeah.

17      Q.   And when you said "The new finish option would

18  be clear-coated to protect and enhance the natural

19  condition of the steel," was it important to Sturdy to

20  market gun safes that protected and enhanced the natural

21  condition of the steel?

22      A.   Yeah, because it would rust otherwise.

23      Q.   Was it important to Sturdy to market gun safes

24  in which the consumer could see the natural condition of

25  the steel?



1      A.   Yes.  So like industrial furniture and such is

2  always just metal, so, yeah.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5      Q.   If you'd turn to page 2 of Exhibit 9, please?

6           Do you see the second comment down from an

7   individual designated Joseph Key?

8      A.   Yes.

9      Q.   Okay.  Do you personally know anybody named

10   Joseph Key?

11     A.   Well, he is a customer.  I don't know him

12   beyond that.

13     Q.   Okay.  Have you ever spoken with Joseph Key?

14     A.   Of course, yeah.

15     Q

16

17

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8      Q.   Okay.  But in any event, this comment from

9   Joseph Key, "Why copy a Rhino safe?" was one of the

10  first comments that was posted in response to your July

11  13th, 2017, Facebook post headed "New Finish Option";

12  correct?

13     A.   Correct.

14     Q.   Would you agree with me a fair interpretation

15  of Mr. Key's comment here was he thought Sturdy was

16  copying the Rhino Ironworks safe look; correct?

17     A.   I can.

18          MR. DIXON:  I'll object to the form of the

19  question.  Go ahead and answer.

20          THE WITNESS:  I can see how an outsider would

21  look at that, but you would have to know Sturdy's

22  history and why this guy purchased from us in the first

23  place.  But this guy purchased from us because we were

24  known for being the best bang for the buck, "Sturdy not

25  purdy," you know.  It's we offer, Sturdy offers a great



1  safe if you don't care what it looks like, and that's

2  one of the things that we were known for.

3  BY MR. DONAHEY:

4      Q.   Okay.

5      A.   It's definitely one of the reasons why I

6  created different looks, amongst other things I wanted

7  to be, you know, unique.

8           But then this guy was coming from the

9  standpoint of, Why are you going to start changing up

10 now when you guys were already good the way you are?

11 And they don't -- they don't want the -- they understand

12 the price gets jacked up when like you get into the

13 looks of the safe.

14          And so that's how I was responding to him in

15 that manner, because I know where he is coming from and

16 I know what he was afraid of, and I wanted to assure him

17 that he is getting the same great safe.

18          MR. DONAHEY:  Can you read back the first

19 sentence of that long answer?

20     (The record was read by the court reporter)

21 BY MR. DONAHEY:

22     Q.   Okay.  And then immediately below Mr. Key's

23 comment, "Why copy a Rhino safe?"  Sturdy provided a

24 response; correct?

25     A.   Correct.



1      Q.   Did you personally write that response?

2      A.   I did.

3      Q.   Okay.  And the first sentence of the Sturdy

4  response to Mr. Key's comment, "Why copy a Rhino safe?"

5  was, "We are only talking cosmetic changes"; correct?

6      A.   Correct.

7      Q.   Okay.  And by "changes," did you mean the

8  changes that Sturdy made to its safes in order to create

9  the distressed finish look?

10     A.   Correct.

11

12

13

14

15

16

17     Q.   But when Joseph Key commented, "Why copy a

18 Rhino safe?" your response, the words you used when you

19 responded personally were, "We are only talking cosmetic

20 changes"; right?

21     A.   I did say that, yes.

22     Q.   Okay.  What did you mean by "cosmetic"?

23     A.   Well, the looks of it changed.

24

25



 1  BY MR. DONAHEY:

 2      Q.    Placed before you Exhibit 10, which is a

 3  document bearing the Bates numbers Sturdy 003776.  Do

 4  you have that document in front of you?

 5      A.    Yes.

 6      Q.    Okay.  What is this document, if you know?

 7      A.    This is either an Instagram or a Facebook

 8  post.

 9      Q.    Does Sturdy utilize an Instagram, the

10  Instagram platform?

11      A.    Yes.

12      Q.    Okay.  And you are just not sure whether this

13  particular document comes from Instagram or Facebook; is

14  that right?

15      A.    Well, now that I see the 55 users like this, I

16  would have to say Instagram.

17      Q.    Okay.  So to the best of your knowledge,

18  Exhibit 10 is a snapshot from the Sturdy Instagram page;

19  correct?

20      A.    Correct.

21      Q.    Okay.  And is the initial post here a post

22  that you made to Sturdy's Instagram site on or about

23  July 28th, 2017?

24      A.    Correct.

25      Q.    And the post was made at 3:10 p.m.?



1        A.    The post of the picture, yes.

2        Q.    Okay.  And then one of the first comments in

3   response was made an hour later at 4:10 p.m. by a user

4   who called him or herself "I_am_the_Curtis"; correct?

5        A.    Correct.

6        Q.    Okay.  And what he said was, "Looks a lot like

7   Rhino Metals safes"; correct?

8        A.    Correct.

9        Q.    And did you respond to that post at 4:29 p.m.?

10       A.    Yes.

11       Q.    I would like you to pull back out Exhibit 9,

12   if you would.

13       A.    Okay.

14       Q.    Why don't you read for me your response to

15   Joseph Key in the Facebook exchange in Exhibit 9?

16       A.    Okay.  I told him,

17             "We are only talking cosmetic

18        changes.  This is one of the few we'll be

19        coming out with.  Even though there are

20        notable differences, I do see

21        similarities in the Rhino and Fort Knox

22        distressed finish safes.  Like the car

23        industry or cell phone industry, you need

24        to keep reinventing the wheel on options.

25        Even with these upgrades, no one will



1          come close to the steel thickness for the

2          price."

3      Q.   All right.  Now, if you could refer to Exhibit

4  10, your response to "I am the Curtis."

5          Are you there?

6      A.   Yes, I'm there.

7      Q.   Could you read that for me?

8      A.   (Reading)

9               "This is one of the few finishes we

10         will be coming out with.  Even though

11         there are notable differences, I do see

12         similarities to the Rhino and Fort Knox

13         distressed finished safes.  Like the car

14         Industry or cell phone industry, you need

15         to keep reinventing the wheel on options.

16         Even with these upgrades, no one will

17         come close to the steel thickness for the

18         price."

19     Q.   Would you agree with me that your Facebook

20  response to Joseph Key in Exhibit 9 was almost word for

21  word identical to the response you provided to "I am the

22  Curtis" in the Instagram exchange in Exhibit 10?

23     A.   Oh, yeah, I copied and pasted.  I was lazy.

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.   Well, when Sturdy decided to introduce its

21  distressed metal, antique chest, antique clear, and Old

22  Hollywood finishes in 2017, Sturdy was well aware of the

23  Rhino Ironworks' products; right?

24      A.   Yes.

25      Q.   And when Sturdy decided to introduce its



1   distressed metal, antique chest, antique clear, and Old

2   Hollywood finishes in 2017, you thought that the Rhino

3   Ironworks products were aesthetically attractive; right?

4       A.   Yes.

5       Q.   And, in fact, the Rhino Ironworks product

6   designs were some of your favorite designs in the gun

7   safe marketplace, is the word you used, right,

8   "favorite"?

9       A.   Yes.

10

11

12

13

14

15

16

17      Q.   All right.  When Sturdy decided to introduce

18  its distressed metal, antique chest, antique clear, and

19  Old Hollywood finishes in 2017, you were seeking to

20  create new gun safes that had an antique look and feel?

21      A.   Yeah, old, old look and feel, various styles

22  but, yes.

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16  BY MR. DONAHEY:

17      Q.   Explain to me, as best as you recollect it,

18  exactly why Sturdy decided to introduce its distressed

19  metal, antique chest, antique clear and Old Hollywood

20  finishes back in 2017?

21      A.   As what I was telling you before, Sturdy was

22  just known for being "Sturdy not purdy," and, you know,

23  we had a heck of a safe and for a great price, it just

24  wasn't much to look at.

25          So, amongst other things, you know, there is



1  other things.  But I wanted to be known for having like

2  a "wow" finish and, you know, amazing interiors and

3  amazing options and just really stick out.

4      Q.   Anything else?  Any other reasons?

5      A.   Why I did the finishes?

6      Q.   Uh-huh.

7      A.   Well, because like looking at the price of the

8  antique safes and how much they were asking for them, it

9  was just like, I don't know, to me it seemed like we

10 could make more money with these finishes.

22 BY MR. DONAHEY:

23     Q.   All right.  Ms. Pratt, let's talk a little bit

24 about Sturdy's advertising and marketing efforts.

25 Sturdy advertises and markets its products through its



 1  website; correct?

 2      A.   Yes.

 3      Q.   And through social media sites; correct?

 4      A.   Yes.

 5      Q.   And does Sturdy advertise and market its

 6  products through eBay?

 7      A.   We did, yes.  We did.  I don't know if it is

 8  still running, though.

 9      Q.   Okay.  And are there any other ways in which

10  Sturdy advertises and markets its products?

11      A.   Amazon, YouTube.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5      Q.   So fair to say that over the past few years,

6   at least since 2017, Sturdy has been advertising and

7   marketing its products through its website, through its

8   social media presence and through other Internet methods

9   such as Amazon, eBay and YouTube?

10      A.   Correct.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1      A.    Yeah.
 2            (Plaintiff's Exhibit 11 marked for
 3            identification)
 4   BY MR. DONAHEY:
 5      Q.    Okay.  I'm placing a document before you
 6   that's been marked as Exhibit 11.  It is an e-mail chain
 7   produced by Sturdy, bearing the number Sturdy 001142
 8   through 1149.  Do you have that in front of you?
 9      A.    I do.
10      Q.    And this is an e-mail chain, including e-mails
11   between you and personnel at the Hauser Design Group;
12   correct?
13      A.    Yes.  That would be them.
14      Q.    Okay.  Is that the web developer that you had
15   in mind?
16      A.    Yes.
17      Q.    The Hauser Design Group is a web developer
18   that you -- that Sturdy has used from time to time to
19   help prepare and maintain its website?
20      A.    No.  It's -- they are only used when I don't
21   have time and I can't figure it out.  So like if I need
22   something in particular and I'm limited in some way,
23   then I'll ask them like, Hey, could you do this?
24      Q.    But it's -- the Hauser Design Group is a
25   website developer that Sturdy has used from time to time
```



1  when it needs assistance in maintaining or creating its

2  website; correct?

3      A.   Yeah.

4      Q.   Okay.  And the e-mail chains that are

5  contained in Exhibit 11 were roughly in the June to

6  July, 2017, time period?

7      A.   Yeah.

8      Q.   Okay.  And if you will look at the first

9  e-mail in this chain, it appears to be from an address

10  SturdyGunSafe@yahoo.com; do you see that?

11     A.   Yes.

12     Q.   But the e-mail text itself is signed "Alyssa."

13  Is that you?

14     A.   That is me.

15     Q.   Okay.  So when we see e-mails from

16  SturdyGunSafe@yahoo.com, would it be fair to assume that

17  those e-mails were written by you?

18     A.   No, there is other people that use

19  SturdyGunSafe@yahoo.com, but I tend to sign it Alyssa

20  when it's me, just so there is no confusion.

21     Q.   Okay.  Will you look through the e-mails on

22  Exhibit 11 and verify for me that any time an e-mail was

23  sent from SturdyGunSafe@yahoo.com that those e-mails

24  were actually written by you?

25     A.   Okay.



1          Yeah, that's all me.

2      Q.    Great.  So you personally recall sending and

3  receiving the e-mails contained on Exhibit 11?

4      A.    Yes.

5      Q.    Okay.  So is it safe to say that in the June

6  to July, 2017, time period Sturdy was making changes to

7  its website?

8      A.    Yes.

9      Q.    Okay.

10      A.    It is always making changes, so safe to assume

11  at all points in time.

12      Q.    Okay.  But these e-mails specifically concern

13  the June to July, 2017, time period; right?

14      A.    Yeah.

15      Q.    Okay.  And at that time, the Hauser Design

16  Group was assisting with changes to the Sturdy website?

17      A.    Yes.

18      Q.    Okay.  And the e-mails contained in Exhibit

19  11, reflect correspondence between you and the Hauser

20  Design Group concerning specifically how the Sturdy

21  website should be changed?

22      A.    Yes.

23      Q.    So if we refer to the first e-mail in this

24  e-mail chain in Exhibit 11, is that an e-mail that you

25  sent to AJ Hauser of the Hauser Design Group on July



1   23rd, 2017?

2       A.   That is the e-mail I sent him.

3       Q.   Okay.  I'd like to refer you to the first

4   paragraph, which reads,

5               "Hello, I have a slightly different

6           request.  Go ahead and still do the nicer

7           add to cart button, but instead of just

8           enlarging the pictures, can you make my

9           product pages have this sort of layout

10          for a desktop view (I want to keep the

11          way my mobile is currently laid

12          out)...HTTP://rhinosafe.com/ironworks-ciw

13          d3022-30h-X-22W-X-20D-85-min/."

14          Did I read that correctly?

15      A.   You did.

16

17

18

19

20

21

22

23

24

25



1

2

3

4       Q.   So prior to July 23rd, 2017, you had seen the

5   Rhino Ironworks' website; correct?

6       A.   Correct.

7       Q.   And in the first e-mail on dated July 23rd,

8   2017, in Exhibit 11, you were asking Sturdy's web

9   developer to have the layout of Sturdy's Web pages be

10  changed to have the same layout as the Rhino Ironworks

11  product Web pages on the Rhino website; correct?

12      A.   Yes.  That would be accurate.

13



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.    Why does Sturdy include photographs of its

21   products on its social media platform such as Facebook

22   and Instagram?

23      A.    Why do we use social media, is what you are

24   asking?

25      Q.    No.   Why does Sturdy include photographs in



 1  its products on its social media platform such as

 2  Facebook and Instagram?

 3      A.   Oh, so customers know what they think, so

 4  customers know what they are getting, they use it to

 5  shop off of kind of thing.

 6      Q.   Does Sturdy use photographs on its social

 7  media sites such as Facebook and Instagram in order to

 8  attract new customers?

 9      A.   Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22      Q.   Does Sturdy -- Sturdy uses YouTube to market

23  and advertise its products; right?

24      A.   Yes.

25      Q.   And on its YouTube pages it includes videos;



1 | correct?

2 |     A.   Yes.

3 |     Q.   And does Sturdy include videos of its

4 | products?

5 |     A.   Yes.

6 |     Q.   And does Sturdy include videos of its products

7 | on its YouTube pages in order to attract new customers?

8 |     A.   Yes.

9

10

11

12

13

14

15

16

17

18 |     Q.   Do Sturdy's social media platform pages

19 | typically include a link to the Sturdy website?

20 |     A.   I try to every time, yeah.

21 |     Q.   Is it Sturdy's hope that visitors to its

22 | social media sites such as Facebook or Instagram or eBay

23 | will see Sturdy products, photographs, or videos and

24 | become interested in the Sturdy product depicted, click

25 | on the link to the Sturdy website, and ultimately

1  purchase Sturdy products?

2     A.   Yes.

3     Q.   And has that, in fact, occurred to the best of

4  your knowledge?

5     A.   I am hoping.  I would assume so, yes.

6     Q.   Would you be surprised if that had not

7  occurred?

8     A.   I would be bummed.  I would be wasting a lot

9  of time, but I am assuming people are doing that, yes.

10    Q.   That's a fair assumption; correct?

11    A.   It is a fair assumption.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     Q.   Does Sturdy in the ordinary course of business

19 ever review Google Analytics concerning searches on the

20 Google search engine?

21     A.   So like my key words and pulling up on there,

22 is that what you mean?

23     Q.   Just, yeah.

24     A.   Then, yes.

25     Q.   Okay.  Do you receive regular reports from



1  Google?

2       A.    No, you have to look.

3       Q.    Okay.  And from time to time you do personally

4  go on the Google page and look through those kinds of

5  reports from Google?

6       A.    It's been a while.  But at one point in time

7  it was every single day, if not like twice every single

8  day, and I just completely burned myself out and I was

9  getting nowhere, so I was just like --

10      Q.    What do you mean, you were getting nowhere?

11      A.    I wasn't moving up in the rankings so I just

12 completely burnt myself out on it, and I just basically

13 stopped looking, I feel like, at that point.

14      Q.    When was that?  Do you remember?

15      A.    I'm not sure.

16      Q.    More than a year ago?

17      A.    No.  No.  I don't think it was over a year

18 ago, but I don't know.

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     Q.   Okay.  Would you agree with me that it is

19  important to Sturdy that its website, Internet and

20  social video platforms be viewed by consumers?

21     A.   Oh, yeah, absolutely.

22     Q.   Okay.  And is it important to Sturdy to make

23  sure that Sturdy's website, Internet and social media

24  sites are attractive and attract the largest number of

25  viewers possible?



1      A.    Yeah.

2      Q.    Other than yourself, are there any other

3  employers at Sturdy that are involved in the maintenance

4  of Sturdy's social media Internet and platforms?

5      A.    No, it's just me.

6      Q.    What percent of your time at work is spent on

7  maintaining, creating, or otherwise working on Sturdy's

8  website, its Internet sites and its social media sites?

9      A.    Like how much time do I spend on the website?

10     Q.    What percentage of your time during your work

11 day?

12     A.    A lot.  And it varies per day.  But like on

13 average?

14     Q.    Sure.

15     A.    30 to 40 percent.

16     Q.    30 to 40 percent of your time at Sturdy is

17 spent working on things related to Sturdy's website,

18 Internet, and social media sites?

19     A.    Absolutely.

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11     Q.    At Sturdy is your father the person who is

12  responsible for designing and overseeing the manufacture

13  of the Sturdy Gun Safes from an engineering standpoint?

14     A.    He was the one who originally created the box

15  itself like the safe in its entirety, and then beyond

16  that, no.  And he hasn't even been in the picture for a

17  while, I don't know how long, but I would say he only

18  comes in like twice a month now because he is basically

19  retired.

20     Q.    Okay.  You just mentioned the box.

21     A.    Uh-huh.

22     Q.    What did you mean by that?

23     A.    Well, the safe itself, so like the -- he

24  designs the safe body, the safe door, and the safe

25  linkage.  Yeah.  That's what he got.



 1      Q.    And when did he design that?

 2      A.    A long time ago.  You'd have to ask him.

 3      Q.    Like 20 years or so?

 4      A.    Oh, longer than that, yeah.

 5      Q.    Uh-huh.  And is that still the same

 6  fundamental, box to use your term, that Sturdy still

 7  uses on all of its gun safes today?

 8      A.    Yes.

 9      Q.    Okay.  And so Sturdy is still using the same

10  fundamental gun safe design that it's had for many, many

11  years; correct?

12      A.    Correct.

13      Q.    I see.  So when you, when Sturdy comes out

14  with new finishes, like distressed metal or, you know,

15  antique chest, those finishes are all applied to the

16  same fundamental basic box that your father designed 20

17  or so years ago, or maybe even more; right?

18      A.    Yes.

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     Q.   Okay.   Is it a true statement that the

24  distressed metal surfaces on Sturdy's accused products

25  are purely aesthetic and provide no functional benefit?



1      A.   Yes.   The, like how we distressed them with

2  the grinder, that part, yeah.   It was just purely

3  aesthetics.   We are not offering them anymore because it

4  didn't turn out very pretty looking.   I didn't like it.

5      Q.   So whenever in the past Sturdy has

6  manufactured a gun safe with a distressed look, that

7  distressing is aesthetic and nonfunctional; correct?

8      A.   So just to be clear, my distressed finish was

9  the only one that we did that to and, yes, the

10  distressing was purely aesthetic.

11      Q.   Okay.

12      A.   And then now.   We are not doing it anymore.

13  We haven't done it since the distressed finish in the

14  first place.   But, I mean, it looks way better without

15  distressing, so...

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16     Q.   If I wanted to know what a product sold by

17  Sturdy looked like when it was shipped, is there any way

18  sitting here today how I could find out?

19     A.   The only ones that I keep a record of like

20  that are the ones with the finishes, so you would just

21  go on Instagram and look at those safes.

22     Q.   When Sturdy complete a gun safe product with a

23  distressed finish, an antique clear finish, an antique

24  chest finish or an Old Hollywood finish, does Sturdy

25  typically post a photo of that safe on Facebook or



 1   Instagram?

 2       A.   Typically.

 3       Q.   Typically?

 4       A.   Yeah, I might double post the same one,

 5   though.

 6       Q.   With respect to the photographs of gun safes

 7   having a specific finish on Facebook or Instagram or

 8   Sturdy's website, are those photographs generally

 9   representative of what a Sturdy Gun Safe with that

10   specific finish looks like?

11       A.   Yeah, close enough.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14      Q.   Okay.  And the mean metal finish, was it

15  initially announced through this particular Facebook

16  post that is before you as Exhibit 29?

17      A.   Yeah, or yes.

18      Q.   So the mean metal finish was first announced

19  to the public on August 16th, 2019?

20      A.   Yes.

21      Q.   Okay.  And would you agree with me that the

22  mean metal finish includes rivet head-like features

23  around the perimeter of the safe and the perimeter of

24  the door?

25      A.   The welds, yes.  Going around everywhere.



1     Q.   And are all those features what you call plug

2   weld rivets?

3     A.   Uh-huh.

4     Q.   Okay.

5     A.   Very good.

6     Q.   Have there been any sales of products with the

7   mean metal finish?

8     A.   Just this one.  And we'll -- take it back.

9   There is two.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   BY MR. DONAHEY:

24       Q.   I'm sorry, let me correct myself.  I placed

25   before you a document marked Exhibit 33.



```
 1          It's a document produced
 2  by Sturdy, bearing numbers Sturdy090791 through 793.
 3          Do you have that document in front of you?
 4      A.   Yes.
 5      Q.   Do you recognize this document?
 6      A.   I do.
 7      Q.   Okay.  What is it?
 8      A.   It's the estimated profit of the safes.
 9  Sturdy safes.
10      Q.   Is this a document that you created?
11      A.   Yes.
12
13
14
15
16
17
18
19
20
21
22      Q.   Okay.  And if we look through this document,
23  you've got four columns.  Column A is the safe model?
24      A.   Yes.
25      Q.   Column B is the estimated cost of various
```



1  aspects of those safe models?

2      A.   Yes.

3      Q.   Exhibit C is the manufactured retail price?

4      A.   Yes.

5      Q.   That's basically what you are selling it for?

6      A.   Yes.

7      Q.   And column D is the estimated profit, which is

8  column C minus column B; correct?

9      A.   Yes.

10     Q.   I want to talk with you first about the data

11  that is contained in column B; okay?

12     A.   Uh-huh.

13     Q.   Column B lists various estimated costs;

14  correct?

15     A.   Correct.

16

17

18

19

20

21

22

23

24

25



1                    REPORTER'S CERTIFICATION

2

3       I, Vanessa Harskamp, Certified Shorthand

4   Reporter in and for the State of California, do hereby

5   certify:

6       That the foregoing witness was by me duly

7   sworn; that the deposition was then taken before me at

8   the time and place herein set forth; that the testimony

9   and proceedings were reported stenographically by me and

10  later transcribed into typewritten form under my

11  direction; that the foregoing is a true record of the

12  testimony and proceedings taken at that time.

13      I further certify that I am not related to any

14  of the parties to this action by blood or marriage, and

15  that I am in no way interested in the outcome of this

16  matter.

17      IN WITNESS WHEREOF, I have subscribed my name

18  this 19th day of September, 2019.

19

20

21

22

23   _____

24      VANESSA HARSKAMP, RPR, CRR, CCP, CSR NO. 5679

25



```
1                    DEPOSITION ERRATA SHEET

2

3

4   Our Assignment No.  J4428385

5   Case Caption:   Rhino Metals, Inc.

6   vs.   Sturdy Gun Safe, Inc.

7

8      DECLARATION UNDER PENALTY OF PERJURY

9

10     I declare under penalty of perjury that I have

11  read the entire transcript of my Deposition taken in the

12  captioned matter or the same has been read to me, and

13  the same is true and accurate, save and except for

14  changes and/or corrections, if any, as indicated by me

15  on the DEPOSITION ERRATA SHEET hereof, with the

16  understanding that I offer these changes as if still

17  under oath.

18

19  Signed on the  ___21___  day of _OCTOBER_____, 2017.

20

21      _____

22                  ALYSSA PRATT

23

24

25
```



DEPOSITION ERRATA SHEET

Page No. 97    Line No. 10    Change to: Las Vegas not Los Angeles

(If I said LA that was a mistake but double check what I said just to make sure.)

Reason for change: _____

Page No. 159    Line No. 4    Change to: _____

"ceramic wool", not ceramic wall

Reason for change: It's incorrect, and not what I said.

Page No. 164    Line No. 12    Change to: _____

"box store", not box door.

Reason for change: It's incorrect, and not what I said.

Page No. 170    Line No. 3    Change to: "safe", not have.

Reason for change: It's incorrect, and not what I said.

Page No. 180    Line No. 19    Change to: "Vault Pro", not Vault Bros.

Reason for change: It's incorrect, and not what I said.

Page No. 227    Line No. 12    Change to: "dark gray", not green.

Reason for change: It's incorrect, and not what I said.

Page No. 248    Line No. 9    Change to: "steel" not scale.

Reason for change: _____

SIGNATURE: _____    DATE: _____

                    ALYSSA PRATT



```
 1                 DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____  DATE:__10/21/2019__

25              ALYSSA PRATT
```

